12 A.3d 746

Roberto MORALES, Petitioner

v.

PHILADELPHIA COUNTY COURT OF COMMON
PLEAS, President Judge, Respondent.

No. 147 EM 2010.

Supreme Court of Pennsylvania.

Jan. 14, 2011.

## ORDER

PER CURIAM.

AND NOW, this 14th day of January, 2011, the Application for Leave to File Original Process and the Petition for Writ of Mandamus are **DISMISSED**. *See Commonwealth v. Reid,* 537 Pa. 167, 642 A.2d 453 (1994) (hybrid representation improper). The Prothonotary is directed to forward the filings to counsel of record.

12 A.3d 746

Darryl ANDERSON, Appellant

v.

DEPARTMENT OF CORRECTIONS Jeffrey A. Beard Secretary
S.C.I. Huntingdon Record Office, Appellees.

No. 43 EAP 2010.

Supreme Court of Pennsylvania.

Feb. 7, 2011.

## ORDER

PER CURIAM.

AND NOW, this 7th day of February 2011, the above captioned appeal is hereby quashed for failure to file a brief.